UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARCOS CALCANO *on behalf of himself and all other persons similarly situated*,

      Plaintiff,

-against-

ALLYN LLC,

      Defendant.

------------------------------------- x

ORDER

19 Civ. 9598 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: January 17, 2020
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge