UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

MARCOS CALCANO, ON BEHALF OF
HIMSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

        Plaintiffs,

        v.

ALLYN LLC,

        Defendant.
---------------------------------- X

ECF CASE

No.: 1:19-cv-9598

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: APR 2 0 2020

## JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Marcos Calcano, on behalf of himself and all other persons similarly situated ("Plaintiff") and defendant Allyn LLC stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, filed on October 17, 2019, in its entirety. Each party shall bear his or its own fees, costs and attorneys' expenses.

**IT IS FURTHER STIPULATED AND AGREED**, that this Voluntary Dismissal may be signed in counterparts and by facsimile or electronic signature each of which shall be an original but all of which together shall constitute one and the same instrument. This Voluntary Dismissal may be filed without further notice with the Court.

ZARE KHOROZIAN LAW LLC

By: _____
Zare Khorozian, Esq.

1047 Anderson Avenue
Fort Lee, NJ 07024
zare@zkhorozianlaw.com

*Attorney's for Plaintiff's*

MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

By: _____
Nicholas P. Melito, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501

*Attorney's for Defendant*